UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KENSON JOSEPH,

    Petitioner,

    v.

BRIAN ENGLISH,

    Respondent.

CAUSE NO. 3:26-CV-606-DRL-SJF

## ORDER

In light of the recent Supreme Court decision, *Mullin v. Doe*, 146 S. Ct. 2121 (2026), respondents are ORDERED to file a supplemental response by **August 11, 2026**, about the status of petitioner's application for Temporary Protected Status and to provide a copy of the initial custody determination under 8 C.F.R. § 236.1. Any supplemental reply is due by **August 21, 2026**.

SO ORDERED on August 4, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge